UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO JUDICIAL DISTRICT

| | |
|---|---|
| GENERAL MOTORS ACCEPTANCE CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACK DUBEAU CHAMPION CHEVROLET-BUICK, INC., a California Corporation; JOHN DUBEAU; SHERRI DUBEAU,<br><br>  Defendants. | Case No.: CIV-F-04-6728 OWW SMS<br><br>**ORDER GRANTING DISMISSAL OF COMPLAINT**<br><br>Complaint Filed: December 17, 2004<br><br>Judge: The Honorable Oliver W. Wanger |

Upon General Motors Acceptance Corporation ("GMAC") request to dismiss the Complaint against Jack DuBeau Champion Chevrolet-Buick, Inc., John DuBeau and Sherri DuBeau, and GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. The Complaint against all defendants is dismissed without prejudice.

DATED this __9th__ day of __September, 2005.

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Judge

16000/6034/553410.1

ORDER GRANTING DISMISSAL OF COMPLAINT
*GMAC v. DuBeau* – Case No. CIV-F-04-6728 OWW SMS